UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNNEVE NUNEZ, | |
| Plaintiff, | Case No. 2:13-cv-0392-GMN-NJK |
| vs. | ORDER |
| TERRY CHARLES HARPER, et al., | (Docket No. 78 ) |
| Defendants. | |

Pending before the Court is what is docketed as Defendants' Motion for Magistrate Judge to Reconsider Magistrate Judge Order. Docket No. 78. The document itself, makes clear, however, that it is in reality an objection to an Order issued by the undersigned, rather than a motion to reconsider. *Id*. Defendants filed the motion a second time, and docketed it properly as an Objection or Motion for District Judge to Reconsider Order. Docket No. 79. Accordingly, the Court **DENIES** the Motion for Magistrate Judge to Reconsider Magistrate Judge Order (Docket No. 78) as moot.

IT IS SO ORDERED.

DATED: July 8, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge