# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LYNNEVE NUNEZ,

        Plaintiff(s),

vs.

TERRY CHARLES HARPER, et al.,

        Defendant(s).

Case No. 2:13-cv-00392-GMN-NJK

ORDER

(Docket No. 92)

Pending before the Court is Defendants' motion to excuse Terry Charles Harper and Pahoa Express, Inc. from attendance at settlement conference. Docket No. 92. The Court has considered Defendants' motion, Plaintiff's opposition, and Defendants' reply. Docket Nos. 92, 95, 98. With good cause appearing, Defendants' motion to excuse Terry Charles Harper and Pahoa Express, Inc. from attendance at settlement conference (Docket No. 92) is hereby **GRANTED**. **IT IS FURTHER ORDERED** that Terry Charles Harper and a representative from Pahoa Express, Inc. shall be available via telephone for the duration of the settlement conference.

IT IS SO ORDERED.

DATED: November 21, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge