1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                             **DISTRICT OF NEVADA**

10

11   LYNNEVE NUNEZ,                          )
                                             )
                   Plaintiff(s),             )        Case No. 2:13-cv-00392-GMN-NJK
12                                           )
     vs.                                     )        ORDER
13                                           )
     TERRY CHARLES HARPER, et al.,           )        (Docket Nos. 104, 105)
14                                           )
                   Defendant(s).             )
15   _____)

16          On November 21, 2014, Defendants filed a motion to seal protected records.  Docket No.

17   101.  The Court granted the motion, and the Clerk of the Court sealed the motions at Docket Nos.

18   54 and 59.  Docket No. 102.  The Court ordered Defendants to refile their motions with the

19   appropriate redactions of confidential information, and those motions have now been refiled.  Docket

20   Nos. 104, 105.  The Court already ruled on Defendants' motions at Docket Nos. 54 and 59.  *See*

21   Docket Nos. 74, 76.  Accordingly, Defendants' refiled motions (Docket Nos. 104, 105) are hereby

22   **DENIED** as moot.

23          IT IS SO ORDERED.

24          DATED: November 26, 2014

25

26          _____
                   NANCY J. KOPPE
27                 United States Magistrate Judge

28