UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LYNNEVE NUNEZ,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>TERRY CHARLES HARPER, et al.,<br><br>　　　　Defendant(s). | Case No. 2:13-cv-00392-GMN-NJK<br><br>ORDER<br><br>(Docket Nos. 72, 79, 90, 100, 103) |

　　　　On December 3, 2014, the parties participated in a settlement conference and a settlement was reached. *See* Docket No. 108. Accordingly, all pending motions (Docket Nos. 72, 79, 90, 100, 103) are hereby **DENIED** as moot.

　　　　IT IS SO ORDERED.

　　　　DATED: December 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge