J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR MORTENSEN & SANDERS**
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
702-385-7000 Fax

Kenneth A. Calderone, Esq.
HANNA, CAMPBELL & POWELL LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
330-670-7324 Phone
330-670-7440 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LYNNEVE NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>TERRY CHARLES HARPER; PAHOA EXPRESS, INC.; and DOES I through X; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | CASE NO: 2:13-cv-00392-GMN-NJK |

**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS BY PLAINTIFF, WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LYNNEVE NUNEZ and Defendants TERRY CHARLES HARPER and PAHOA EXPRESS, INC., by and through their respective counsel of record, that the claims asserted by Plaintiff LYNNEVE NUNEZ against Defendants be dismissed in their entirety, with prejudice, the parties to bear

1

KNW 20752

1 | their own costs and fees.

2 | DATED this 29th day of December, 2014.              DATED this 29th day of December, 2014.

3 | CHRISTIANSEN LAW OFFICES                            ALVERSON, TAYLOR
                                                       MORTENSEN & SANDERS

/s/ R. Todd Terry
PETER S. CHRISTIANSEN, ESQ.                            J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 5254                                    Nevada Bar No. 1339
R. TODD TERRY, ESQ.                                    KARIE N. WILSON, ESQ.
Nevada Bar No. 6519                                    Nevada Bar No. 7957
810 S. Casino Center Blvd., Ste. 104                   7401 W. Charleston Boulevard
Las Vegas, NV 89101                                    Las Vegas, NV 89117
702-240-7979 Phone                                     702-384-7000 Phone
866-412-6992 Fax                                       702-385-7000 Fax
Attorneys for Plaintiff                                Attorneys for Defendants

### ORDER FOR DISMISSAL OF CLAIMS BY PLAINTIFF, WITH PREJUDICE

**IT IS SO ORDERED.**

**DATED** this 30th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted by:

ALVERSON, TAYLOR
MORTENSEN & SANDERS

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
7401 W. Charleston Boulevard
Las Vegas, NV 89117
702-384-7000 Phone
Attorneys for Defendants
n:\bruce.grp\z-client\20752\pleadings\sao dismiss.docx

KNW 20752